**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| DEWEY AUSTIN BARNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-00054-RWS |
| | ) | |
| HANCOCK, | ) | |
| | ) | |
| Defendant, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on self-represented Plaintiff Dewey Austin Barnett's Memorandum received by the Court on April 13, 2026 and captioned "In Re Withdraw." Doc. [11]. In his Memorandum, Plaintiff states that he "at this time withdraws from said case No. supra," referring to the above-captioned case. The Court also takes judicial notice of Plaintiff's other pending case, *Barnett v. Mermelstein*, No. 4:26-cv-284-RHH at Doc. 9, in which Plaintiff filed a memorandum listing the above-captioned case number, among others, and states that he wishes to withdraw from it. *See Dewey v. Mermelstein, et al.*, No. 4:26-cv-284-RHH at Doc. 9 (seeking to withdraw from *Barnett v. Hancock*, 1:26-cv-54-RWS). The Court construes these filings as motions to voluntarily dismiss this action without prejudice and grants the same.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Memorandum captioned as "In Re Withdraw," construed as a motion to voluntarily dismiss this action without prejudice is **GRANTED**. Doc. [11]

**IT IS FURTHER ORDERED** that all pending motions are **DENIED** as moot. Docs. [2]-[5] and [8].

An Order of Dismissal will accompany this Memorandum and Order.

Dated this 30th day of April, 2026.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE